**Fill in this information to identify the case:**

Debtor 1 ___Emily M Warrick_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Western_____ District of ___PA___
(State)

Case number ___19-70465-JAD_____

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Kondaur Capital Corporation, not in its individual capacity but solely in its capacity as Separate Trustee of Matawin Ventures Trust Series 2019-4

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 3480 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice

09/01/20

**New total payment:**
Principal, interest, and escrow, if any

$ 879.55

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   **Current escrow payment:** $ 349.49          **New escrow payment:** $ 287.39

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____          **New mortgage payment:** $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Bonni_____     Date  07/ 09 / 2020
   Signature

Print:  Bonni S. Mantovani_____     Title  Attorney_____
        First Name      Middle Name      Last Name

Company  Prober & Raphael, A Law Corporation____

Address  20750 Ventura Boulevard, Suite 100____
         Number          Street

         Woodland Hills          CA          91364
         City                    State        ZIP Code

Contact phone  ((818) 227-0100_____          Email  Email: cmartin@pralc.com

Kondaur Capital Corporation Final
333 S. Anita Drive
Suite 400
Orange, CA 92868
For Inquiries: (888) 566-3287

Analysis Date: July 08, 2020

EMILY M WARRICK
JASON R HENDERSHOT
104 MICHLIN AVE
CURWENSVILLE PA 16833

Loan: <span style="color:red">REDACTED</span>

Property Address:
104 MICHLIN AVE
CURWENSVILLE, PA 16833

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2020 to Aug 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 592.16 | 592.16 ** |
| Escrow Payment: | 349.49 | 287.39 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $941.65 | $879.55 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2019 |
| Escrow Balance: | (2,717.82) |
| Anticipated Pmts to Escrow: | 3,844.39 |
| Anticipated Pmts from Escrow (-): | 781.28 |
| Anticipated Escrow Balance: | $345.29 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (3,505.80) |
| Mar 2020 | | 787.98 | | * | | 0.00 | (2,717.82) |
| | | | | | Anticipated Transactions | 0.00 | (2,717.82) |
| Jun 2020 | | | | 781.28 | Township | | (3,499.10) |
| Jul 2020 | | 3,494.90 | | | | | (4.20) |
| Aug 2020 | | 349.49 | | | | | 345.29 |
| | $0.00 | $4,632.37 | $0.00 | $781.28 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Kondaur Capital Corporation
For Inquiries:  (888) 966-3287
Final

Analysis Date:  July 08, 2020

EMILY M WARRICK

Loan:    REDACTED

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|------|------------|-------------|-------------|-------------|----------|
|      | To Escrow | From Escrow | Description | Anticipated | Required |
|      |           |             | Starting Balance | 345.29 | 1,893.38 |
| Sep 2020 | 222.89 |          |           | 568.18 | 2,116.27 |
| Oct 2020 | 222.89 | 1,893.38 | School    | (1,102.31) | 445.78 |
| Nov 2020 | 222.89 |          |           | (879.42) | 668.67 |
| Dec 2020 | 222.89 |          |           | (656.53) | 891.56 |
| Jan 2021 | 222.89 |          |           | (433.64) | 1,114.45 |
| Feb 2021 | 222.89 |          |           | (210.75) | 1,337.34 |
| Mar 2021 | 222.89 |          |           | 12.14 | 1,560.23 |
| Apr 2021 | 222.89 |          |           | 235.03 | 1,783.12 |
| May 2021 | 222.89 |          |           | 457.92 | 2,006.01 |
| Jun 2021 | 222.89 | 781.28   | Township  | (100.47) | 1,447.62 |
| Jul 2021 | 222.89 |          |           | 122.42 | 1,670.51 |
| Aug 2021 | 222.89 |          |           | 345.31 | 1,893.40 |
|      | $2,674.68 | $2,674.66 |         |           |          |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 445.78.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 445.78 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 345.29.  Your starting balance (escrow balance required) according to this analysis should be $1,893.38.  This means you have a shortage of 1,548.09. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 2,674.66.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|--------------------------------|---------|
| Unadjusted Escrow Payment | 222.89 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 64.50 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $287.39 |

**Paying the shortage**:  If your shortage is paid in full, your new monthly payment will be $815.05 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

## SPECIAL NOTICE

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.**

The following statement provides you with notice of certain rights which you may have by law. Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify Prober and Raphael within 30 days that all or a part of your obligation or judgment is disputed, then Prober and Raphael will mail to you a written verification of the obligations or judgment and the amounts owed to

Kondaur Capital Corporation, not in its individual capacity but solely in its capacity as Separate Trustee of Matawin Ventures Trust Series 2019-4

. In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, `Tina Gaboyan`, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On `7/14/2020`, I served the within NOTICE OF PAYMENT CHANGE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Emily M Warrick
104 Michlin Avenue
Curwensville, PA 16833
Debtor

Kenneth P. Seitz, Esquire
Law Offices of Kenny P. Seitz
Post Office Box 211
Ligonier, PA 15658
Attorney for Debtor

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on `7/14/2020` at Woodland Hills, California.

`/s/ Tina Gaboyan`